## (August 8, 1978)

■ YVROSE PAUL et al., Respondents, v STATE OF NEW YORK et al., Appellants. (Claim No. 60672).—Motion for reargument granted, without costs [59 AD2d 800]. Counsel are invited to file six copies of supplemental briefs addressed to the applicability of the decision in *Sessa v State of New York* (63 AD2d 334) to the facts in this case. Appellants' brief shall be filed and served on or before September 1 and respondent's brief on or before September 22, 1978. Mahoney, P. J., Sweeney, Larkin, Mikoll and Herlihy, JJ., concur. [88 Misc 2d 972.]

■ ETHEL LEWIS et al., Appellants, v STATE OF NEW YORK, Respondent. (Claim No. 57736).—Motion for reargument granted, without costs [60 AD2d 675]. Counsel are invited to file six copies of supplemental briefs addressed to the applicability of the decision in *Sessa v State of New York* (63 AD2d 334) to the facts in this case. Appellants' brief shall be filed and served on or before September 1 and respondent's brief on or before September 22, 1978. Greenblott, J. P., Main, Larkin, Mikoll and Herlihy, JJ., concur.

## (August 14, 1978)

■ In the Matter of AMOS B. GLANN, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, THIRD JUDICIAL DEPARTMENT, Petitioner.— Application by the Committee on Professional Standards, Third Judicial Department, for an order directing that respondent, Amos B. Glann, be suspended indefinitely as an attorney and counselor at law in the State of New York for his failure to obey the order of this court, dated June 14, 1978, which directed that he appear for examination by the Committee on Professional Standards as to matters which are the subjects of complaints of alleged professional misconduct which are under investigation by the Committee on Professional Standards. Respondent having failed to appear or file any papers in opposition, the application is granted and respondent is suspended as an attorney and counselor at law for an indefinite period and until further order of this court. Sweeney, J. P., Kane, Staley, Jr., Main and Larkin, JJ., concur.